THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRIC OF PUERTO RICO

| | |
|---|---|
| Alfredo Velez Guzman<br>DEBTOR | 13-01780 MCF<br>CHAPTER 13 |

## WITHDRAWAL OF PROOF OF CLAIM NUMBER 3

TO THE HONORABLE COURT:

COMES NOW CREDITOR, VAPR Federal Credit Union, represented by the undersigned attorney, and respectfully pray(s) and allege(s) as follows:

1. The appearing creditor filed a proof of claim number 3 on 4/10/2013
2. The appearing creditor wishes to withdraw its proof of claim # 3 for $11,018.51

**WHEREFORE** the creditor(s) pray(s) from this Court to allow the withdrawal of this proof of claim.

**I HEREBY CERTIFY:** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee Jose Ramon Carrion Morales Esq. US Trustee Monsita Lecaroz Arribas, Esq. and to all those who in this case have registered for receipt of notice by electronic mail.

**RESPECTFULLY SUBMITTED**

In Caguas, Puerto Rico, on this 10 day of April 2013.

/s/Jessenia Ramos Talavera,Esq.
PO BOX 306
Caguas PR 00726-0306
E-mail: ramosbague@gmail.com
USDC 223607
Tel:787-502-8037